United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PROFIT AND HOLDING, LLC, | § § § | |
| Plaintiff | § § | |
| VS. | § § | 3:25-cv-25 |
| LOZANO LIQUIDATION ENTERPRISE, LLC, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 28, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 8. Judge Edison filed a memorandum and recommendation on May 7, 2025, recommending that a Motion to Dismiss filed by Defendants Lozano Liquidation Enterprise, LLC and Joel Lozano (Dkt. 7) be denied. Dkt. 16.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 16) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants' Motion to Dismiss (Dkt. 7) is denied.

Signed at the City of El Paso, Texas, this 23rd day of May, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE